UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 16-2634

Caption [use short title]

Motion for: Appointment of Retained Counsel under the Criminal Justice Act.

United States of America v. Clayton Brothers

Set forth below precise, complete statement of relief sought:

Request for Daniel DeMaria, Esq., to be appointed to represent the Appellant pursuant to the U.S. Court of Appeals for the Second Circuit Amended Plan to Implement the Criminal Justice Act of 1964.

MOVING PARTY: Clayton Brothers
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: United States of America

MOVING ATTORNEY: Daniel DeMaria

OPPOSING ATTORNEY: Rajit S. Dosanjh

[name of attorney, with firm, address, phone number and e-mail]

Merchant Law Group LLP
535 Fifth Avenue, Fl. 25
212-658-1710 (ddemaria@nyslitigators.com)

United States Attorney's Office
100 South Clinton Street, Syracuse, New York
315-448-0672 (Rajit.S.Dosanjh@usdoj.gov)

Court-Judge/Agency appealed from: United States District Court (NDNY) - Hon. Brenda K. Sannes

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

Signature of Moving Attorney:
_Daniel D_  Date: 8/9/2016  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

**EXHIBIT "A"**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------------x

UNITED STATES OF AMERICA,

      Appellee

  vs.             DOCKET NO. 16-2634

CLAYTON BROTHERS

      Appellant

------------------------------------------------------x

## DECLARATION IN SUPPORT OF EX PARTE MOTION FOR RETAINED COUNSEL TO BE APPOINTED PURSUANT TO THE CRIMINAL JUSTICE ACT

  I, DANIEL DEMARIA, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am associated with Merchant Law Group LLP, counsel for the Appellant Clayton Brothers.

2. The Appellant has been detained on federal gun charges since July 2015. He plead guilty on March 25th, 2016, and on July 18th, 2016, he was sentenced to serve 46 months in federal prison. Pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure, the parties agreed that with the consent of the Court, that the Appellant reserves the right to have this Honorable Court review the determination adverse to the defendant on the following issue raised in the Appellant's pretrial motion: whether the physical evidence seized from his home in April 2014 without a warrant should be suppressed.

3. In December 2015, Mr. Brothers' mother retained me to represent Mr. Brothers with respect to this matter in the United States District Court for the Northern District of New York. Previously, Mr. Brothers was represented by the Federal Public Defender.

4. During the course of my representation of Mr. Brothers, I have become intimately familiar with the facts of this case. I would estimate that during my representation of Mr. Brothers I have met him at least 15 times, and that I have spent in excess of 70 hours working on his case.

5. Given my familiarity with the law and the facts underlying this appeal, it is submitted that it would be in the interest of justice, judicial economy and continuity of representation, for me to be admitted to the Second Circuit Court of Appeals CJA panel *pro hac vice* to represent Mr. Brothers in this appeal.

6. It is further submitted that Mr. Brothers is financially unable to employ counsel, as evidenced by CJA Form 23 which Mr. Brothers completed on August 5th, 2016, and which is attached hereto and marked as **Exhibit "A"**. In addition to being unable to afford counsel, Mr. Brothers is unable to pay for the necessary transcripts or for appellate printing fees. I am informed that Mr. Brothers is currently separated from his wife and that the assets listed on his CJA Form 23 are currently tied up in divorce litigation and that he does not have access to them.

7. The Government does not oppose this request and will not be filing a response.

8. The Appellant has not previously applied for the requested relief.

Dated: August 9th, 2016    Respectfully submitted

*Daniel D.*

Daniel DeMaria, Esq.
Merchant Law Group LLP
535 Fifth Avenue, Fl. 25
New York, NY 10017
Tel: 212-658-1710
Fax: 212-658-1711
ddemaria@nyslitigators.com

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

IN THE UNITED STATES ☐ DISTRICT COURT ☒ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF: United States v. Clayton Brothers
FOR: Clayton Brothers
AT: Brooklyn, New York

LOCATION NUMBER: 

PERSON REPRESENTED *(Show your full name)*: Clayton Brothers

- 1 ☐ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☒ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Supervised Release Violator
- 5 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: 
District Court: 
Court of Appeals: 16-2634

CHARGE/OFFENSE *(describe if applicable & check box →)* ☒ Felony  ☐ Misdemeanor
4 counts of possession of firearm by a prohibited person and possession of ammo.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
- Name and address of employer: N/A
- IF YES, how much do you earn per month? $ N/A
- IF NO, give month and year of last employment? JUNE 2014
- How much did you earn per month? $ 600.00 WK
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ 
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ 

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ 

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, total amount? $ 

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 55,000 | SINGLE FAMILY RES. + PROPERTY |
| $ 2,000 | 2004 CHEVY TRUCK 2500 |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
- ☐ Single
- ☐ Married
- ☐ Widowed
- ☒ Separated or Divorced

Total No. of Dependents: 0

List persons you actually support and your relationship to them: 

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| N/A | N/A | N/A |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]

Date: 8-5-16